No. 00–7875. DURBIN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7879. BERRY v. FOLSOM STATE PRISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7888. BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7896. ARCHULETA v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7897. ALBERT v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7900. ALVES v. UNITED SERVICES AUTOMOBILE ASSN. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–7908. RAHMAN v. PEASE ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–7919. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7936. JONES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–7940. CLIFFORD v. TICE ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7947. DEW v. CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–7966. WILSON v. JOHNSON, CIVIL COMMITMENT REFERRAL COORDINATOR, MINNESOTA DEPARTMENT OF CORRECTIONS. Ct. App. Minn. Certiorari denied.

No. 00–7969. SUEING v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 00–7974. MUHANNAD v. FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.

No. 00–7986. NAILS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.